**Fill in this information to identify the case:**

Debtor name   **RE Wealth Advisors, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known)   **24-22910**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

### Part 1:    Summary of Assets

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................... $     **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................. $     **265,503.33**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................. $     **265,503.33**

### Part 2:    Summary of Liabilities

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $     **4,368,584.60**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................ $     **69,219.50**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................ +$     **3,150,517.78**

4.    Total liabilities .........................................................................................
    Lines 2 + 3a + 3b      $     **7,588,321.88**

**Fill in this information to identify the case:**

Debtor name    **RE Wealth Advisors, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    **24-22910**

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.    **Cash on hand** | **$1,500.00** |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.    **Fifth Third Bank** | **Business Checking** | **6745** | **$920.67** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    | $2,420.67 |

**Part 2:    Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1.    **Security Deposit - Alluvion Las Olas, Neiel Group, Total Solution Contractors** | **$242,715.60** |
|---|---|

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

Debtor   **RE Wealth Advisors, LLC**                                    Case number *(If known)*   **24-22910**
_____
Name

| | | |
|---|---|---|
| 8.1. | **Century Sureity Insurance Company / Insurance Today Inc.** | **$12,242.06** |

| | | |
|---|---|---|
| 9. | **Total of Part 2.**<br>Add lines 7 through 8. Copy the total to line 81. | **$254,957.66** |

| **Part 3:** | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

| 11. | **Accounts receivable** | | | |
|---|---|---|---|---|
| | 11a. 90 days old or less: | **1,400.00** | - | **0.00** = .... | **$1,400.00** |
| | | face amount | | doubtful or uncollectible accounts | |

| | | |
|---|---|---|
| 12. | **Total of Part 3.**<br>Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | **$1,400.00** |

| **Part 4:** | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| **Part 5:** | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials**<br>**Ten Sheets of Drywall -**<br>**Metal Framing** | | $150.00 | | $150.00 |

| | |
|---|---|
| 20. | **Work in progress** |
| 21. | **Finished goods, including goods held for resale** |
| 22. | **Other inventory or supplies** |

| | | |
|---|---|---|
| 23. | **Total of Part 5.**<br>Add lines 19 through 22.  Copy the total to line 84. | **$150.00** |

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No

Debtor    **RE Wealth Advisors, LLC**                                    Case number *(If known)*  **24-22910**
_____Name_____

☐ Yes. Book value _____   Valuation method _____   Current Value _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

     ■ No.  Go to Part 7.
     ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

     ☐ No.  Go to Part 8.
     ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** <br> **1 conference table, 1 TV, 1 whiteboard, 1 futton sofa, 3 chairs, 2 desks, 3 filing cabinets** | **$2,450.00** | | **$2,450.00** |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** <br> **3 desktops with double monitors, 1 printer, 1 shredder** | **$1,250.00** | | **$1,250.00** |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43.  **Total of Part 7.**
     Add lines 39 through 42.  Copy the total to line 86.                    | **$3,700.00** |

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
     ■ No
     ☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

     ☐ No.  Go to Part 9.
     ■ Yes Fill in the information below.

| General description <br> Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

Debtor  **RE Wealth Advisors, LLC**                    Case number *(If known)* **24-22910**
        Name

47.   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

      47.1.  Golf cart                          $1,500.00                          $1,500.00

48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
      floating homes, personal watercraft, and fishing vessels

49.   **Aircraft and accessories**

50.   **Other machinery, fixtures, and equipment (excluding farm
      machinery and equipment)**
      5 lawn mowers, 2 weed eaters, 1 edger       $1,125.00                          $1,125.00

51.   **Total of Part 8.**                                                    |  $2,625.00  |
      Add lines 47 through 50.  Copy the total to line 87.

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
      ■ No
      ☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

| Part 9: | **Real property** |
| --- | --- |

54. **Does the debtor own or lease any real property?**

   ☐ No.  Go to Part 10.
   ■ Yes Fill in the information below.

55.   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 55.1.  **37280 Okeechobee Ave, Canal Point, FL 33438 (26 units) Property Control #00-37-41-33-03-014-0 010** | | Unknown | | Unknown |
| 55.2.  **12215 Lakeshore Drive, Canal Point, FL 33438 (6 units) Property Control #00-37-41-33-03-047-0 081** | | Unknown | | Unknown |

Debtor    **RE Wealth Advisors, LLC**                          Case number *(If known)*  **24-22910**
          Name

| | | | | |
|---|---|---|---|---|
| 55.3. | **12255 Lakeshore Drive, Canal Point, FL 33438 (SFR - Vacant) Property Control #00-37-41-33-03-047-0 101** | | Unknown | Unknown |

| | | |
|---|---|---|
| 56. | **Total of Part 9.** Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. | **$0.00** |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** www.rewealthadvisors.com | $250.00 | | $250.00 |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

| | | |
|---|---|---|
| 66. | **Total of Part 10.** Add lines 60 through 65. Copy the total to line 89. | **$250.00** |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 11:**    **All other assets**

Debtor    **RE Wealth Advisors, LLC**
Name                                                    Case number *(If known)*    **24-22910**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor  **RE Wealth Advisors, LLC**                     Case number *(If known)*  **24-22910**
      Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $2,420.67 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $254,957.66 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,400.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.**  *Copy line 23, Part 5.* | $150.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $3,700.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $2,625.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $250.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $265,503.33 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $265,503.33 |

| Fill in this information to identify the case: |
| --- |

Debtor name **RE Wealth Advisors, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) **24-22910**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

**Column A**
**Amount of claim**
Do not deduct the value of collateral.

**Column B**
**Value of collateral that supports this claim**

---

**2.1  ACSF Holding, LLC**
Creditor's Name

**Attn: Law Offices of Mendez & Mendez, PA**
**7400 SW 57th Court, Suite 202**
**South Miami, FL 33143**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien

Describe the lien

Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **Unknown**
Value of collateral: **Unknown**

---

**2.2  Benfam Holdings PR, LLC**
Creditor's Name

**700 Biltmore Way, Suite C1**
**Coral Gables, FL 33134**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**12/13/2022**
Last 4 digits of account number

Describe debtor's property that is subject to a lien
**37280 Okeechobee Ave & 12215 Lakeshore Dr, Canal Point, FL**

Describe the lien
**Mortgage Note**

Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Amount of claim: **$2,300,000.00**
Value of collateral: **Unknown**

---

| Debtor | **RE Wealth Advisors, LLC** | Case number (if known) | **24-22910** |
|--------|------------------------------|------------------------|--------------|

Name

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Carlos M. Benitez** | Describe debtor's property that is subject to a lien | **Unknown** | **Unknown** |
|-----|------------------------|------------------------------------------------------|-------------|-------------|

Creditor's Name

**Attn: Law Offices of Mendez & Mendez, PA 7400 SW 57th Court, Suite 202 South Miami, FL 33143**

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Dmytro Semensky** | Describe debtor's property that is subject to a lien | **$254,000.00** | **Unknown** |
|-----|---------------------|------------------------------------------------------|-----------------|-------------|

Creditor's Name

**37280 Okeechobee Ave, Canal Point, FL**

**6259 Palomino Circle Port Orange, FL 32127**

Creditor's mailing address

**Describe the lien**

**Secured Loan Agreement**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**7/23/2022**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Equity Trust Company as Custodian** | Describe debtor's property that is subject to a lien | **$155,808.22** | **Unknown** |
|-----|----------------------------------------|------------------------------------------------------|-----------------|-------------|

Debtor    **RE Wealth Advisors, LLC**
_____
Name

Case number (if known)    **24-22910**
_____

Creditor's Name
**FBO Anjana Aluthwala (fka Midland Trust)**
**15671 San Carlos Blvd # 101**
**Fort Myers, FL 33908**
_____
Creditor's mailing address

12215 Lakeshore Dr., 12255 Lakeshore Dr., and 37280 Okeechobee Ave, 12181 Everglades St, Canal Point, FL
_____

**Describe the lien**
**Secured Loan Agreement**
_____
**Is the creditor an insider or related party?**
■ No
☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**12/26/2022**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.6 | **Equity Trust Company as Custodian** | Describe debtor's property that is subject to a lien | $269,508.20 | Unknown |

Creditor's Name
**FBO Mark Wolf (fka Midland Trust)**
**15671 San Carlos Blvd # 101**
**Fort Myers, FL 33908**
_____
Creditor's mailing address

12215 Lakeshore Dr., 12255 Lakeshore Dr., 37280 Okeechobee Ave; and 12181 Everglades St, Canal Point. FL
_____

**Describe the lien**
**Secured Loan Agreement**
_____
**Is the creditor an insider or related party?**
■ No
☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**4/3/2023**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.7 | **H Mooney Investments Ltd** | Describe debtor's property that is subject to a lien | Unknown | Unknown |

Creditor's Name
**Attn: Law Offices of Mendez & Mendez, PA**
**7400 SW 57th Court, Suite 202**
**South Miami, FL 33143**
_____
Creditor's mailing address

**Describe the lien**
_____

**Is the creditor an insider or related party?**
■ No

Debtor  **RE Wealth Advisors, LLC** _____   Case number (if known) __**24-22910**__
_____
Name

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Yes
**Is anyone else liable on this claim?**

☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **HDS Brand Investments Inc.** | | |
| --- | --- | --- | --- |

Creditor's Name
**(Harmony Samuels)
2 Penn Center West, Suite 430
Pittsburgh, PA 15276**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**     $375,467.12     Unknown
**12181 Everglades St, Canal Point, FL**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Lester Wilks** | | |
| --- | --- | --- | --- |

Creditor's Name
**5901 Northwest 14th Ct
Sunrise, FL 33313**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**     $100,000.00     Unknown
**Secured Loan Agreement**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor    **RE Wealth Advisors, LLC**                 Case number (if known)    **24-22910**
Name

| 2.10 | **Mark Mooney** | Describe debtor's property that is subject to a lien | Unknown | Unknown |
|---|---|---|---|---|

Creditor's Name

**Attn: Law Offices of Mendez & Mendez, PA 7400 SW 57th Court, Suite 202 South Miami, FL 33143**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.11 | **Melanie Edwards** | Describe debtor's property that is subject to a lien | $378,867.83 | Unknown |
|---|---|---|---|---|

Creditor's Name    **37280 Okeechobee Ave, Canal Point, FL**

**484 E. 134th St, Apt 2 Bronx, NY 10454**
Creditor's mailing address

**Describe the lien**
**Investment Loan Agreement**
**Is the creditor an insider or related party?**
■ No
☐ Yes
Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Date debt was incurred**
**8/31/2019**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.12 | **Mesa Redonda Investments, LLC** | Describe debtor's property that is subject to a lien | Unknown | Unknown |
|---|---|---|---|---|

Creditor's Name

**Attn: Law Offices of Mendez & Mendez, PA 7400 SW 57th Court, Suite 202 South Miami, FL 33143**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No

---

Debtor    **RE Wealth Advisors, LLC**
_____
Name

Case number (if known)    **24-22910**
_____

Creditor's email address, if known

☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated
☐ Disputed

---

| 2.1 3 | **NDTCO as Custodian FBO Thomas Edwards** | Describe debtor's property that is subject to a lien | $53,261.10 | Unknown |
|---|---|---|---|---|

Creditor's Name

**1070 W Century Drive Louisville, CO 80027**
Creditor's mailing address

**37280 Okeechobee Ave, Canal Point, FL**

**Describe the lien**
**Secured Loan Agreement**
**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**
**10/19/2022**
**Last 4 digits of account number**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated
☐ Disputed

---

| 2.1 4 | **Rosimery Gallo** | Describe debtor's property that is subject to a lien | $186,327.87 | Unknown |
|---|---|---|---|---|

Creditor's Name

**351 S Cypress Rd Ste 310 Pompano Beach, FL 33060**
Creditor's mailing address

**37280 Okeechobee Ave, Canal Point, FL**

**Describe the lien**
**Florida Secured Promissory Note**
**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**
**11/10/2019**
**Last 4 digits of account number**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated
☐ Disputed

---

Debtor    **RE Wealth Advisors, LLC**
_____
Name

Case number (if known)    **24-22910**
_____

| 2.1<br>5 | **Udo Stolarczuk** |
|---|---|

Creditor's Name

**1013 Spoonbill Circle**
**Weston, FL 33326**
_____
Creditor's mailing address

_____

_____
Creditor's email address, if known

**Date debt was incurred**
**3/10/2023**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.
_____

**Describe debtor's property that is subject to a lien**
**12215 Lakeshore Dr., 12255 Lakeshore Dr., and  37280 Okeechobee Ave, Canal Point, FL**
_____

**Describe the lien**
**Secured Loan Agreement**
_____
**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

$295,344.26          Unknown

---

3.    Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    | **$4,368,584.6 0** |

---

<span style="background:black;color:white">**Part 2:**</span>    **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Benfam Holdings PR, LLC, et al.,**<br>**Attn: Law Offices of Mendez & Mendez, PA**<br>**7400 SW 57th Court, Suite 202**<br>**South Miami, FL 33143** | Line   **2.2** | |

**Fill in this information to identify the case:**

Debtor name    **RE Wealth Advisors, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    **24-22910**

☐ Check if this is an
     amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

     ☐ No. Go to Part 2.

     ■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | **Total claim** | **Priority amount** |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |

**2.1** Priority creditor's name and mailing address

**Florida Department of Revenue**
**P.O. Box 6668**
**Tallahassee, FL 32314-6668**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**For Information Purposes**

Is the claim subject to offset?
■ No
☐ Yes

Total claim    **Unknown**    Priority amount    **Unknown**

**2.2** Priority creditor's name and mailing address

**Internal Revenue Service**
**Attn: Special Procedures**
**P.O. Box 34045**
**Stop 572**
**Jacksonville, FL 32202**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**For Information Purposes**

Is the claim subject to offset?
■ No
☐ Yes

Total claim    **Unknown**    Priority amount    **Unknown**

Debtor   **RE Wealth Advisors, LLC**                                    Case number (if known)   **24-22910**
_____
Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Office of Attorney General**
**State of Florida**
**The Capitol PL-01**
**Tallahassee, FL 32399-1050**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Information Purposes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$69,219.50** | **$69,219.50** |
|---|---|---|---|---|

**Palm Beach County Tax Collector**
**PO Box 3353**
**West Palm Beach, FL 33402-3353**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**2023 and 2024**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**SEC Headquarters**
**100 F Street, NE**
**Washington, DC 20549**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Information Purposes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Securities and Exchange**
**Commission**
**801 Brickell Ave., Suite 1800**
**Miami, FL 33131**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Information Purposes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | RE Wealth Advisors, LLC | Case number (if known) | 24-22910 |
|---|---|---|---|
| | Name | | |

---

**2.7** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown**

**United States Attorney General's Office**
**US Department of Justice**
**950 Pennsylvania Avenue**
**Washington, DC 20530-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Information Purposes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.8** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown**

**US Attorney Southern District of Florida**
**500 South Australian Avenue**
**Suite 400**
**West Palm Beach, FL 33401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Information Purposes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$56,054.79**

**Abram Corbin & Marlene Rader**
**900 Bent Creek Dr**
**Fort Pierce, FL 34947**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Loan Agreement

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,643.28**

**Alex Edwards Marketing**
**8925 Southwest 148th St**
**Suite 200**
**Palmetto Bay, FL 33176**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Loan Agreement

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$58,296.40**

**Bradley Jones**
**11617 SW 57th St**
**Cooper City, FL 33330**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Investment Loan Agreement

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **RE Wealth Advisors, LLC** | Case number (if known) | **24-22910** |
|---|---|---|---|
| | Name | | |

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,000.00**

**Brian Jackson**
**1745 North Orange Dr**
**Apt 208**
**Hollywood, CA 90028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Investment Loan Agreement**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$27,706.42**

**Brian Jackson**
**1745 North Orange Dr**
**Apt 208**
**Hollywood, CA 90028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **No agreement**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$29,276.42**

**Chad Quelch & Lloyda Quelch**
**8521 NW 7th Ct**
**Pembroke Pines, FL 33024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Loan Agreement**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$62,266.08**

**Corey Herbert**
**2126 Cumberland Creek Trl**
**Marietta, GA 30008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Loan Agreement**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,923.77**

**Dalixa Valdivieso**
**1724 Chatsworth Cir**
**Saint Cloud, FL 34771**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Investment Loan Agreement + Exit Agreement**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$156,250.00**

**Dr. James Bogash DC**
**745 W Longhorn Dr**
**Chandler, AZ 85248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Mortgage Note**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$26,000.00**

**Dr. James Bogash DC**
**745 W Longhorn Dr**
**Chandler, AZ 85248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Loan Agreement**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **RE Wealth Advisors, LLC** | | Case number (if known) | **24-22910** |
|---|---|---|---|---|
| | Name | | | |

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$57,375.00**

**Equity Trust Company as Custodian FBO**
**Courtney Devenuto (fka Midland Trust Co)**
**15671 San Carlos Blvd**
**# 101**
**Fort Myers, FL 33908**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investment Loan Agreement 

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$57,375.00**

**Equity Trust Company as Custodian FBO**
**Rosemaria Devenuto(fka Midland Trust Co)**
**15671 San Carlos Blvd**
**# 101**
**Fort Myers, FL 33908**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investment Loan Agreement 

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$130,000.00**

**Equity Trust Company as Custodian FBO**
**Valerie Devenuto (fka Midland Trust Co)**
**15671 San Carlos Blvd**
**# 101**
**Fort Myers, FL 33908**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investment Loan Agreement 

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$560,000.00**

**Equity Trust Company as Custodian FBO**
**Leonard Gill (fka Midland Trust Co)**
**15671 San Carlos Blvd**
**# 101**
**Fort Myers, FL 33908**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Real Estate Joint Venture Agreement 

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$293,522.22**

**Equity Trust Company as Custodian FBO**
**Kimberly Cooks (fka Midland Trust Co)**
**15671 San Carlos Blvd**
**# 101**
**Fort Myers, FL 33908**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Convertible Loan Agreement 

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$51,857.14**

**Equity Trust Company as Custodian FBO**
**William Cooks (fka Midland Trust Co)**
**15671 San Carlos Blvd**
**# 101**
**Fort Myers, FL 33908**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Real Estate Joint Venture Agreement 

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **RE Wealth Advisors, LLC** | Case number (if known) | **24-22910** |
|---|---|---|---|
| | Name | | |

---

**3.17**

Nonpriority creditor's name and mailing address
**Eric Felece Curry**
**3743 Cricket Cove Rd E**
**Jacksonville, FL 32224**

Date(s) debt was incurred  __

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment Loan Agreement**

Is the claim subject to offset? ■ No  ☐ Yes

**$100,000.00**

---

**3.18**

Nonpriority creditor's name and mailing address
**Erini Elkhaliny**
**9609 Via Grandezza E**
**Wellington, FL 33411**

Date(s) debt was incurred  __

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan Agreement**

Is the claim subject to offset? ■ No  ☐ Yes

**$134,841.53**

---

**3.19**

Nonpriority creditor's name and mailing address
**Faviana Campbell & 2340 17th SW, LLC**
**633 Sterling Pl**
**Apt 18**
**Brooklyn, NY 11238**

Date(s) debt was incurred  __

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ohio Residential Purchase Agreement + Quit Claim Deed**

Is the claim subject to offset? ■ No  ☐ Yes

**$55,000.00**

---

**3.20**

Nonpriority creditor's name and mailing address
**Felecia Townsend**
**19300 SW 129th Ave**
**Miami, FL 33177**

Date(s) debt was incurred  __

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan Agreement**

Is the claim subject to offset? ■ No  ☐ Yes

**$24,177.53**

---

**3.21**

Nonpriority creditor's name and mailing address
**Gene Southards**
**9712 SW 2nd St**
**Boca Raton, FL 33428**

Date(s) debt was incurred  __

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Real Estate Joint Venture Agreement**

Is the claim subject to offset? ■ No  ☐ Yes

**$15,946.67**

---

**3.22**

Nonpriority creditor's name and mailing address
**Henriette Orasmy**
**1330 NW 43rd Ave**
**Apt 109**
**Lauderhill, FL 33313**

Date(s) debt was incurred  __

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Florida Unsecured Promissory Note**

Is the claim subject to offset? ■ No  ☐ Yes

**$5,740.46**

---

**3.23**

Nonpriority creditor's name and mailing address
**K-Stevenson Marketing (Kerry Stevenson)**
**6018 Loblolly Ln**
**Tuscaloosa, AL 35405**

Date(s) debt was incurred  __

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Florida Unsecured Promissory Note**

Is the claim subject to offset? ■ No  ☐ Yes

**$9,953.15**

---

| Debtor | **RE Wealth Advisors, LLC** | Case number (if known) | **24-22910** |
|---|---|---|---|
| | Name | | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $57,633.51 |
|---|---|---|---|

**LB Green Association LLC (Lyvonia Green)**
**6324 Eastwood Ln**
**Jacksonville, FL 32211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Purchase Agreement

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $39,895.08 |
|---|---|---|---|

**Lester Wilks**
**5901 Northwest 14th Ct**
**Sunrise, FL 33313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $46,000.00 |
|---|---|---|---|

**Michael Gilliam Marketing**
**Michael Gilliam**
**15541 SW 108th Ave**
**Miami, FL 33157**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Investment Loan Agreement

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,865.00 |
|---|---|---|---|

**MS Outdoor Marketing LLC**
**Michael Savage**
**11617 SW 57th St**
**Cooper City, FL 33330**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Investment Loan Agreement

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,643.28 |
|---|---|---|---|

**Prince Bens Marketing (Phillip Wells)**
**15855 Miami Lakeway**
**Unit 450**
**Miami Lakes, FL 33014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Real Estate Joint Venture Agreement

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,606.03 |
|---|---|---|---|

**R-Maxell Marketing (Robert Maxwell)**
**9360 NW 26th St**
**Sunrise, FL 33322**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Florida Unsecured Promissory Note

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $674,207.65 |
|---|---|---|---|

**Salma Delf Irrevocable Trust**
**7541 Spatterdock Dr**
**Boynton Beach, FL 33437**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Loan Agreement

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **RE Wealth Advisors, LLC**                                    Case number (if known)   **24-22910**
         _____
         Name

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,500.00** |
|---|---|---|---|

**Sean Berriman**
**16323 SW 109th Ave**
**Miami, FL 33157**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Investment Loan Agreement__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$75,000.00** |
|---|---|---|---|

**Stephen Smith**
**10595 Crystal Cove Ln**
**Boca Raton, FL 33498**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Florida Unsecured Promissory Note__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$122,135.00** |
|---|---|---|---|

**Valerie Devenuto**
**15671 San Carlos Blvd**
**# 101**
**Fort Myers, FL 33908**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Investment Loan Agreement__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$70,454.79** |
|---|---|---|---|

**Village Tax Services LLC (Loren Gill)**
**312 West 1st St**
**Suite 501**
**Sanford, FL 32771**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Loan Agreement__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$66,371.58** |
|---|---|---|---|

**Yonel Aris**
**1750 NE 1st Ave**
**Miami, FL 33162**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Florida Unsecured Promissory Note__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:   List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19114** | Line **2.2**<br><br>☐ Not listed. Explain ____ | _ |

---

**Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | **69,219.50** |
| 5b. Total claims from Part 2 | 5b. | + $ | **3,150,517.78** |

Debtor   **RE Wealth Advisors, LLC**
Name

Case number (*if known*)   **24-22910**

**5c. Total of Parts 1 and 2**
Lines 5a + 5b = 5c.

5c.   $                    3,219,737.28

**Fill in this information to identify the case:**

Debtor name **RE Wealth Advisors, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) **24-22910**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name  **RE Wealth Advisors, LLC**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF FLORIDA

Case number (if known)  **24-22910**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | *Check all schedules that apply:* |
| 2.1 | | Street | | ☐ D<br>☐ E/F<br>☐ G |
| | | City          State          Zip Code | | |
| 2.2 | | Street | | ☐ D<br>☐ E/F<br>☐ G |
| | | City          State          Zip Code | | |
| 2.3 | | Street | | ☐ D<br>☐ E/F<br>☐ G |
| | | City          State          Zip Code | | |
| 2.4 | | Street | | ☐ D<br>☐ E/F<br>☐ G |
| | | City          State          Zip Code | | |

**Fill in this information to identify the case:**

Debtor name  **RE Wealth Advisors, LLC**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF FLORIDA

Case number (if known)  **24-22910**

☐ Check if this is an amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From  **1/01/2024** to **Filing Date** | ■ Operating a business ☐ Other _____ | $146,807.72 |
| **For prior year:** From  **1/01/2023** to **12/31/2023** | ■ Operating a business ☐ Other _____ | $347,962.93 |
| **For year before that:** From  **1/01/2022** to **12/31/2022** | ■ Operating a business ☐ Other _____ | $-836,788.00 |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| | | |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

Debtor    RE Wealth Advisors, LLC                                                    Case number (if known)    24-22910

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.  **HDS Brand Investments** | **9/10/2024; 10/10/2024; 11/10/2024** | **$24,307.74** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2.  **Alluvion Las Olas** | **9/6/2024; 10/4/2024** | **$14,211.08** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.3.  **American Express** | **9/3/2024; 9/10/2024; 9/18/2024; 9/23/2024** | **$11,160.38** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |
| 3.4.  **Capital One** | **9/10/2024; 9/26/2024; 10/24/2024** | **$8,094.68** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  **Canal Point Apartments LLC** | **10/15/2024** | **$60,000.00** | **Property Management & Renovations** |
| 4.2.  **NWFCU Loan** | **Monthly** | **$10,392.00** | **Car Payments** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

| Debtor | RE Wealth Advisors, LLC | Case number *(if known)* | 24-22910 |

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
| --- | --- | --- | --- |

### Part 3: Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
| --- | --- | --- | --- | --- |
| 7.1. | Kimberly Cooks, et al vs. RE Wealth Advisors LLC, et al<br>CACE24017045 | Civil | 17th Judicial Circuit<br>Broward County Courthouse<br>201 SE 6th St<br>Fort Lauderdale, FL 33301 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | Alexandra Knot, et al vs. RE Wealth Advisors, LLC, et al<br>CACE22001557 | Civil | 17th Judicial Circuit<br>Broward County Courthouse<br>201 SE 6th St<br>Fort Lauderdale, FL 33301 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | Benfam Holdings PR, LLC, e. al., V RE Wealth Advisors LLC<br>50-2023-CA-016662-XXXA-MB | Civil | 15th Judicial Circuit<br>205 N. Dixie Highway<br>West Palm Beach, FL 33401 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | Erini Elkhaliny, and Anthony Anise, as Truestee and representative of the Salwa Deif Irrev. Trust v. RE Wealth Advisors, LLC<br>50-2023-CA-009015-XXXX-MB | Civil | 15th Judicial Circuit<br>205 N. Dixie Highway<br>West Palm Beach, FL 33401 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

### Part 4: Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
| --- | --- | --- | --- |

### Part 5: Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

Debtor    **RE Wealth Advisors, LLC**          Case number *(if known)*  **24-22910**

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | | |

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.  **Shraiberg Page PA**<br>**2385 NW Executive Center Dr**<br>**Suite 300**<br>**Boca Raton, FL 33431** | **Attorney Fees** | **12/11/2024** | **$10,000.00** |
| **Email or website address**<br>**bss@slp.law** | | | |
| **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|
| 14.1.  **37 Hawthorne Place**<br>**Boca Raton, FL 33432** | **8/15/2020 - 12/14/2022** |

| Debtor | RE Wealth Advisors, LLC | Case number *(if known)* | 24-22910 |
|---|---|---|---|

| | Address | Dates of occupancy<br>From-To |
|---|---|---|
| 14.2. | **2400 W. El Camino Real Apt 502**<br>**Mountain View, CA 94040-4722** | **12/15/2022 - 10/14/2023** |
| 14.3. | **215 N. New River Dr., E, #4090**<br>**Fort Lauderdale, FL 33301** | **10/15/2023 - Present** |

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**Client Profile Form**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Citibank** | **XXXX-5747** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **12/2024** | **$927.00** |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this

Debtor    **RE Wealth Advisors, LLC**
Case number *(if known)*  **24-22910**

case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| Debtor | RE Wealth Advisors, LLC | Case number *(if known)* | 24-22910 |
|---|---|---|---|

**Part 13:** Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1. **REWA Properties LLC**<br>**215 N. New River Dr., E #4090**<br>**Fort Lauderdale, FL 33301** | **Real Estate Holding** | EIN: **85-2695712**<br>From-To **7/04/2018 - Present** |
| 25.2. **Leveraging and Hedging Strategies LLC**<br>**110 SE 6th Street, 17th Floor**<br>**Fort Lauderdale, FL 33301** | **Real Estate Consulting** | EIN: **E0511102018-4**<br>From-To **11/2/2018 - 11/30/2019** |
| 25.3. **America Sports Capital LLC**<br>**110 SE 6th Street, 17th Floor**<br>**Fort Lauderdale, FL 33301** | **Sports Lending Consultant** | EIN: **83-1556305**<br>From-To **8/10/2018 - 9/23/2022** |
| 25.4. **Real Estate Wealth Advisors LLC**<br>**401 E. Las Olas Blvd, #1400**<br>**Fort Lauderdale, FL 33301** | **Realty** | EIN: **46-1710328**<br>From-To **1/7/2013 - Present** |
| 25.5. **RE Wealth Advisors Detroit LLC**<br>**Levasseur Dyer & Associates PC**<br>**3233 Coolidge Hwy**<br>**Berkley, MI 48072** | **Real Estate Holding Company** | EIN: **80-2240845**<br>From-To **10/10/2018 - 6/8/2022** |
| 25.6. **RightStart Construction Consultants Inc**<br>**401 E. Las Olas Blvd, #1400**<br>**Fort Lauderdale, FL 33301** | **Project Management Company** | EIN: **87-445597**<br>From-To **1/24/2022 - Present** |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. **TriStar Management**<br>**950 Peninsula Corporate Circle, #2000**<br>**Boca Raton, FL 33487** | **11/2021 - Present** |
| 26a.2. **Attention to Details Bookkeeping** | **1/2022 - 8/2024** |
| 26a.3. **Karen Dean** | **1/2015 - 9/2024** |

| Debtor | **RE Wealth Advisors, LLC** | Case number *(if known)* | **24-22910** |
|---|---|---|---|

| Name and address | Date of service From-To |
|---|---|
| 26a.4. **Deborah Wolfe**<br>**300 SE 2nd St, Suite 600**<br>**Fort Lauderdale, FL** | **10/2024 - Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Attention to Details Bookkeeping** | |
| 26c.2. **TriStar Management**<br>**950 Peninsula Corporate Circle, #2000**<br>**Boca Raton, FL 33487** | |
| 26c.3. **Karen Dean** | |
| 26c.4. **Deborah Wolfe**<br>**300 SE 2nd St, Suite 600**<br>**Fort Lauderdale, FL** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **Benworth Capital Partners, LLC**<br>**700 Biltmore Way, Suite C1**<br>**Coral Gables, FL 33134** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Patrick Dean** | **100 East Broward Blvd #1700**<br>**Fort Lauderdale, FL 33301** | **Manager** | **100%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

Debtor    RE Wealth Advisors, LLC                                Case number *(if known)*  24-22910

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     January  3, 2025

_____          Patrick Dean
Signature of individual signing on behalf of the debtor     Printed name

Position or relationship to debtor     Manager

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

**Fill in this information to identify the case:**

Debtor name    **RE Wealth Advisors, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    **24-22910**

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☑ Other document that requires a declaration    **Statement of Financial Affairs**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January  3, 2025**          X _____
                                                  Signature of individual signing on behalf of debtor

**Patrick Dean**
Printed name

**Manager**
Position or relationship to debtor

**United States Bankruptcy Court**
**Southern District of Florida**

In re    **RE Wealth Advisors, LLC**                                          Case No.    **24-22910**

                                        Debtor(s)                          Chapter      **11**

## DEBTOR'S NOTICE OF COMPLIANCE WITH REQUIREMENTS FOR AMENDING CREDITOR INFORMATION

This notice is being filed in accordance with Local Rules 1007-2(B), 1009-1(D), or 1019-1(B) upon the filing of an amendment to the debtor's lists, schedules or statements, pursuant to Bankruptcy Rules 1007, 1009, 1019 or 5010-1(B). I certify that:

[ ]     The paper filed **adds** creditor(s) as reflected on the attached list (include name and address of each creditor being added). I have:
1. remitted the required fee (unless the paper is a Bankruptcy Rule 1019(5) report);
2. provided the court with a supplemental matrix **of only the added creditors** on a CD or memory stick in electronic text format (ASCII or MS-DOS text), or electronically uploaded the added creditors in CM/ECF;
3. provided notice to affected parties, including service of a copy of this notice and a copy of the §341 or post conversion meeting notice [see Local Rule 1009-1(D)(2)] and filed a certificate of service in compliance with the court [see Local Rule 2002-1(F)]; and
4. filed an amended schedule(s) and summary of schedules, and
5. filed a motion to reopen accompanied by the required filing fee (if adding creditors pursuant to Local Rule 5010-1(B))

[ ]     The paper filed **deletes** a creditor(s) as reflected on the attached list (include name and address of each creditor being deleted). **I have:**
1. remitted the required fee;
2. provided notice to affected parties and filed a certificate of service in compliance with the court [see Local Rule 2002-1 (F)]; and
3. filed an amended schedule(s) and summary of schedules.

[ ]     The paper filed **corrects** the name and/or address of a creditor(s) as reflected on the attached list. **I have:**
1. provided notice to affected parties, including service of a copy of this notice and a copy of the §341 or post conversion meeting notice [see Local Rule 1009-1(D)(2)] and filed a certificate of service in compliance with the court [see Local Rule 2002-1 (F)]; and
2. filed an amended schedule(s) or other paper.

[ ]     The paper filed **corrects** schedule D or E/F amount(s) or classification(s). **I have:**
1. remitted the required fee;
2. provided notice to affected parties and filed a certificate of service in compliance with the court [see Local Rule 2002-1 (F)]; and
3. filed an amended schedule(s) and summary of schedules.

[ ]     None of the above apply. The paper filed does not require an additional fee, a supplemental matrix, or notice to affected parties. It ☐ does ☐ does not require the filing of an amended schedule and summary of schedules.

I also certify that, if filing amended schedules, Bankruptcy Form 106 "Declaration About an Individual Debtor's Schedules" (signed by both debtors) or Bankruptcy Form 202 , "Declaration Under Penalty of Perjury for Non-Individual Debtors" has been filed as required by Local Rules 1007-2(B), 1009-1(A)(2) and (D)(1), or 1019-1(B).

Dated: **January 3, 2025**

**/s/ Bradley S. Shraiberg**

Attorney for Debtor (or Debtor, if pro se)

**Patrick Dean**

Debtor

**2385 NW Executive Center Dr**
**Suite 300**
**Bradley S. Shraiberg 121622**     **Boca Raton, FL 33431**

Print Name & Florida Bar Number     Address

**561 443 0800 Fax: 561 998 0047**
**bss@slp.law**
Phone Number

**Added Creditor Addresses:**

Benfam Holdings PR, LLC
700 Biltmore Way, Suite C1
Coral Gables FL 33134

Rosimery Gallo
351 S Cypress Rd Ste 310
Pompano Beach FL 33060

NDTCO as Custodian FBO Thomas Edwards
1070 W Century Drive
Louisville CO 80027

Udo Stolarczuk
1013 Spoonbill Circle
Weston FL 33326

Equity Trust Company as Custodian
FBO Anjana Aluthwala (fka Midland Trust)
15671 San Carlos Blvd # 101
Fort Myers FL 33908

Equity Trust Company as Custodian
FBO Mark Wolf (fka Midland Trust)
15671 San Carlos Blvd # 101
Fort Myers FL 33908

Melanie Edwards
484 E. 134th St, Apt 2
Bronx NY 10454

HDS Brand Investments Inc.
(Harmony Samuels)
2 Penn Center West, Suite 430
Pittsburgh PA 15276

Abram Corbin & Marlene Rader
900 Bent Creek Dr
Fort Pierce, FL 34947

Alex Edwards Marketing
8925 Southwest 148th St, Suite 200
Palmetto Bay, FL 33176

LF-4 (rev. 12/01/15)

Bradley Jones
11617 SW 57th St
Cooper City, FL 33330

Brian Jackson
1745 North Orange Dr
Apt 208
Hollywood, CA 90028

Chad Quelch & Lloyda Quelch
8521 NW 7th Ct
Pembroke Pines, FL 33024

Corey Herbert
2126 Cumberland Creek Trl
Marietta, GA 30008

Dalixa Valdivieso
1724 Chatsworth Cir
Saint Cloud, FL 34771

Dmytro Semensky
6259 Palomino Circle
Port Orange, FL 32127

Dr. James Bogash DC
745 W Longhorn Dr
Chandler, AZ 85248

Equity Trust Company as Custodian
FBO Anjana Aluthwala (fka Midland Trust)
15671 San Carlos Blvd # 101
Fort Myers, FL 33908

Equity Trust Company as Custodian
FBO Mark Wolf (fka Midland Trust)
15671 San Carlos Blvd # 101
Fort Myers, FL 33908

Equity Trust Company as Custodian FBO
Courtney Devenuto (fka Midland Trust Co)
15671 San Carlos Blvd, #101
Fort Myers, FL 33908

Equity Trust Company as Custodian FBO
Rosemaria Devenuto(fka Midland Trust Co)
15671 San Carlos Blvd, #101
Fort Myers, FL 33908

Equity Trust Company as Custodian FBO
Valerie Devenuto (fka Midland Trust Co)
15671 San Carlos Blvd, #101
Fort Myers, FL 33908

Equity Trust Company as Custodian FBO
Leonard Gill (fka Midland Trust Co)
15671 San Carlos Blvd, #101
Fort Myers, FL 33908

Equity Trust Company as Custodian FBO
Kimberly Cooks (fka Midland Trust Co)
15671 San Carlos Blvd
# 101
Fort Myers, FL 33908

Equity Trust Company as Custodian FBO
William Cooks (fka Midland Trust Co)
15671 San Carlos Blvd #101
Fort Myers, FL 33908

Eric Felece Curry
3743 Cricket Cove Rd E
Jacksonville, FL 32224

Erini Elkhaliny
9609 Via Grandezza E
Wellington, FL 33411

Faviana Campbell & 2340 17th SW, LLC
633 Sterling Pl
Apt 18
Brooklyn, NY 11238

Felecia Townsend
19300 SW 129th Ave
Miami, FL 33177

Gene Southards
9712 SW 2nd St
Boca Raton, FL 33428

H Mooney Investments Ltd
Attn: Law Offices of Mendez & Mendez, PA
7400 SW 57th Court, Suite 202
South Miami, FL 33143

Henriette Orasmy
1330 NW 43rd Ave
Apt 109
Lauderhill, FL 33313

K-Stevenson Marketing (Kerry Stevenson)
6018 Loblolly Ln
Tuscaloosa, AL 35405

LB Green Association LLC (Lyvonia Green)
6324 Eastwood Ln
Jacksonville, FL 32211

Lester Wilks
5901 Northwest 14th Ct
Sunrise, FL 33313

LF-4 (rev. 12/01/15)

Melanie Edwards
484 E. 134th St, Apt 2
Bronx, NY 10454

Michael Gilliam Marketing
Michael Gilliam
15541 SW 108th Ave
Miami, FL 33157

MS Outdoor Marketing LLC
Michael Savage
11617 SW 57th St
Cooper City, FL 33330

NDTCO as Custodian FBO Thomas Edwards
1070 W Century Drive
Louisville, CO 80027

Prince Bens Marketing (Phillip Wells)
15855 Miami Lakeway, Unit 450
Miami Lakes, FL 33014

R-Maxell Marketing (Robert Maxwell)
9360 NW 26th St
Sunrise, FL 33322

Rosimery Gallo
351 S Cypress Rd Ste 310
Pompano Beach, FL 33060

Salma Delf Irrevocable Trust
7541 Spatterdock Dr
Boynton Beach, FL 33437

Sean Berriman
16323 SW 109th Ave
Miami, FL 33157

Stephen Smith
10595 Crystal Cove Ln
Boca Raton, FL 33498

Udo Stolarczuk
1013 Spoonbill Circle
Weston, FL 33326

Valerie Devenuto
15671 San Carlos Blvd, #101
Fort Myers, FL 33908

Village Tax Services LLC (Loren Gill)
312 West 1st St, Suite 501
Sanford, FL 32771

Yonel Aris
1750 NE 1st Ave
Miami, FL 33162